### SUPREME COURT — Same Term.

---

EDWARD SAVAGE, as Guardian,
agt.
MARY L. GOULD et al.

---

Ingalls, J. — This appeal was voluntarily submitted and decided by the court at general term, and costs were awarded to the respondents upon affirmance. We conclude that the same rules must apply in regard to costs as in the case first above considered.

Note.— *Gilman* agt. *Reddington* (4 *Hun*, 640, opinion not reported) is not properly stated in head note. In that case the items for proceedings before and after notice were taxed, and it was admitted by the appellant, in his points and upon the argument, that they were proper. The question therefore was not before the court as to those items, and the same explanation applies to the case of *Morgan* agt. *Morgan* (1 *Abb. Pr.* [*N. S.*], 40. [Rep.